United States District Court
Southern District of Texas
FILED

JUN 1 3 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ELDERCARE HOME HEALTH AND HOSPICE d/b/a HEART OF THE VALLEY HOSPICE | § § § § | |
| VS. | § § | CIVIL ACTION NO. 1: 92-CV-00164 |
| LOUIS W. SULLIVAN, in his capacity as Secretary of the United States Department of Health and Human Services, et al. | § § § | |

## MOTION TO RELEASE FUNDS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Rene O. Oliveira, attorney Plaintiff, ELDERCARE HOME HEALTH and HOSPICE d/b/a HEART OF THE VALLEY HOSPICE, and files this Motion to Release Funds plus all accrued interest, and as grounds therefore would show the Court as follows:

I.

On or about October 23, 1992, Plaintiff, ELDERCARE HOME HEALTH and HOSPICE d/b/a HEART OF THE VALLEY HOSPICE were ordered to post a ONE THOUSAND AND NO/100THS ($1,000.00) DOLLARS bond. Said bond was to remain in effect until further order of this Court.

II.

On September 27, 1994, the above case was dismissed and closed.

III.

Plaintiff hereby requests that this money, including all accrued interest, be released and that the District Clerk be ordered to obtain the release of said funds to the Plaintiff immediately.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, ELDERCARE HOME HEALTH and HOSPICE d/b/a HEART OF THE VALLEY HOSPICE, moves this Court to order the release of all

funds, and for such other and further relief to which the Plaintiff may be entitled.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666
(956) 542-0016 (fax)

By: _____
Rene O. Oliveira
Texas State Bar No. 15254700
Federal I.D. No. 4033

### CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the above and foregoing Motion has been forwarded on this __13th__ day of ____June____, 2005, to the following:

U.S. Attorney's Office
600 East Harrison, Suite 201
Brownsville, Texas 78520

_____
Rene O. Oliveira

### CERTIFICATE OF CONSULTATION

This will confirm that a telephone call was made to the U.S. Attorney's Office, __Nancy Masso__, counsel for Plaintiff, on this the __10__ day of ____June____, 2005, and he/she has no opposition to the relief I have requested.

_____
Rene O. Oliveira