IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ELDERCARE HOME HEALTH § <br> AND HOSPICE d/b/a HEART OF § <br> THE VALLEY HOSPICE § <br> § <br> VS. § <br> § <br> LOUIS W. SULLIVAN, in his capacity as § <br> Secretary of the United States Department § <br> of Health and Human Services, et al. § | CIVIL ACTION NO. 1: 92-CV-00164 |

## ORDER GRANTING MOTION TO RELEASE FUNDS

On the _____ day of _____, 2005, this Court considered the Motion to Release Funds filed by Rene O. Oliveira, attorney for Plaintiff, ELDERCARE HOME HEALTH and HOSPICE d/b/a HEART OF THE VALLEY HOSPICE, and the Court is of the opinion that said Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the U.S. District Clerk, is hereby ORDERED to obtain the release of said funds, plus all accrued interest, and ordered to release and forward said proceeds to **Rene O. Oliveira** by tendering said check to **Rene O. Oliveira and Eldercare Home Health and Hospice d/b/a Heart of the Valley Hospice**, as soon as possible.

SIGNED FOR ENTRY on this the _____ day of _____, 2005, in Brownsville, Texas.

_____
JUDGE PRESIDING

COPIES TO:
Rene O. Oliveira, 855 West Price, Suite 9, Brownsville, Texas 78520
U.S. Attorney's Office, 600 E. Harrison #201, Brownsville, TX 78520

Order Granting Motion to Release Funds                                                                 Solo Page