United States District Court
Southern District of Texas
ENTERED

JUN 15 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ELDERCARE HOME HEALTH AND HOSPICE d/b/a HEART OF THE VALLEY HOSPICE § § § § | |
| VS. § | CIVIL ACTION NO. 1: 92-CV-00164 |
| LOUIS W. SULLIVAN, in his capacity as Secretary of the United States Department of Health and Human Services, et al. § § § § | |

### ORDER GRANTING MOTION TO RELEASE FUNDS

On the 15th day of June, 2005, this Court considered the Motion to Release Funds filed by Rene O. Oliveira, attorney for Plaintiff, ELDERCARE HOME HEALTH and HOSPICE d/b/a HEART OF THE VALLEY HOSPICE, and the Court is of the opinion that said Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the U.S. District Clerk, is hereby ORDERED to obtain the release of said funds, plus all accrued interest, and ordered to release and forward said proceeds to Rene O. Oliveira by tendering said check to Rene O. Oliveira and Eldercare Home Health and Hospice d/b/a Heart of the Valley Hospice, as soon as possible.

SIGNED FOR ENTRY on this the 15th day of June, 2005, in Brownsville, Texas.

_____
JUDGE PRESIDING

COPIES TO:
Rene O. Oliveira, 855 West Price, Suite 9, Brownsville, Texas 78520
U.S. Attorney's Office, 600 E. Harrison #201, Brownsville, TX 78520

Order Granting Motion to Release Funds                    Solo Page

